BEFORE: DENIS R. HURLEY, U.S. DISTRICT JUDGE

DATE: 6/25/2007        AT: 11:00 - 11:30 AM

CIVIL CAUSE FOR: SETTLEMENT CONFERENCE

CASE NUMBER:   CV-04-1064

TITLE:   EZEOCHA V.   INDUSTRIAL THREADED PRODUCTS

APPEARANCES: FOR PLAINTIFF: EDWARD YULE, ESQ
             FOR DEFENDANT: LOUIS STOBER, ESQ BY TELEPHONE
             COURT REPORTER: HARRY RAPAPORT

 X   CASE CALLED FOR STIPULATION OF SETTLEMENT .
     PLAINTIFF SWORN AND DETAILS OF SETTLEMENT PLACED ON THE RECORD.

     THE COURT ACCEPTS THE SETTLEMENT;

     IT IS HEREBY ORDERED THAT THE CASE IS DISMISSED WITHOUT PREJUDICE
     TO REOPEN SHOULD THE SETTLEMENT AGREEMENT NOT BE CONSUMMATED.

     SO ORDERED.

                                       _____/S/_____
                                       DENIS R, HURLEY
                                       U.S. DISTRICT JUDGE